**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-03098-CMA-KLM

ADRIAN SARABIA-GONZALEZ,

    Petitioner,

v.

ERICK HOLDER, JR., U.S. Attorney General,

    Respondent.

---

**APPOINTMENT ORDER**

---

In accordance with Part III.C. of the U.S. District Court's ***Pilot Program to Implement A Civil Pro Bono Panel***, the Court hereby determines that Petitioner Adrian Sarabia-Gonzalez merits appointment of counsel drawn from the Civil Pro Bono Panel. The Court is satisfied that the following factors and considerations have been met:

    1) the nature and complexity of the action;

    2) the potential merit of the pro se party's claims;

    3) the demonstrated inability of the pro se party to retain counsel by other means; and

    4) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Accordingly, it is ORDERED that the Clerk shall select, notify, and appoint counsel to represent the pro se litigant in this civil matter.  The pro se litigant is advised

that the clerk will select counsel from the Panel; however, there is no guarantee that Panel members will undertake representation in every case selected as part of the Pilot Program.

This order does not guarantee that a pro bono attorney will ultimately appear for plaintiff.  Accordingly, the Court cautions that the plaintiff/defendant is responsible for all scheduled matters, including hearings, depositions, motions and trial.

Dated at Denver, Colorado this 30th day December, 2013.

_____
Christine M. Arguello
United States District Judge