**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03098-CMA

ADRIAN SARABIA-GONZALEZ,

    Petitioner,

v.

ERIC HOLDER, JR., U.S. Attorney General ,

    Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Application for Writ of Habeas Corpus of Judge Christine M. Arguello entered on February 25, 2014 it is

ORDERED that, the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. # 1) is DENIED, and this action is DISMISSED WITHOUT PREJUDICE.

FURTHER ORDERED that the November 19, 2013 Order (Doc. # 3) requiring Petitioner to remain in custody until further court order is WITHDRAWN .

Dated at Denver, Colorado this 26th day of February, 2014.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

    By:  s/   Sandra Hartmann
        Sandra Hartmann
        Deputy Clerk